596

186 So. 915

**Fred BAGLEY v. STATE.**

**7 Div. 434.**

Court of Appeals of Alabama.

Jan. 17, 1939.

W. D. DeBardeleben, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

186 So. 915

**Buck BAILEY v. STATE.**

**7 Div. 407.**

Court of Appeals of Alabama.

Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

187 So. 897

**J. W., alias Man, BAILEY v. STATE.**

**5 Div. 77.**

Court of Appeals of Alabama.

March 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

188 So. 922

**Wilford BAILEY v. STATE.**

**6 Div. 511.**

Court of Appeals of Alabama.

May 16, 1939.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

180 So. 896

**Henry BAIRD v. STATE.**

**7 Div. 357.**

Court of Appeals of Alabama.

April 12, 1938.

Douglas Beard, of Jacksonville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

176 So. 919

**Hubert BAIRD v. STATE.**

**6 Div. 213.**

Court of Appeals of Alabama.

Oct. 5, 1937.

Beddow, Ray & Jones, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.